IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICHARD T. JACOBS,

                Plaintiff,

v.                                                                                   ORDER

JOAN HANNULA, JAMIE BARKER,                            19-cv-617-jdp
JERED KUEHN, and MICHAEL BRUNNER,

                Defendants.

---

Pro se plaintiff Richard T. Jacobs is proceeding on claims that prison staff at Stanley Correctional Institution provided him inadequate medical treatment for his shoulder injury and pain, in violation of the Eighth Amendment and state law. Defendants filed a motion for summary judgment on September 9, 2020. Dkt. 20. Jacobs received an extension of time in which to file his response materials, Dkt. 28, but his new deadline has expired, and he has failed to file any materials in response to defendants' motion. His failure to respond suggests that he may have lost interest in pursuing his case and no longer intends to prosecute it.

I will give Jacobs one more opportunity to submit substantive responses to defendants' motion for summary judgment. If he fails to do so by the new deadline, I will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for plaintiff's failure to prosecute it.

ORDER

IT IS ORDERED that plaintiff Richard T. Jacobs may have until December 30, 2020 to file a response to defendants' motion for summary judgment. If he does not respond by that

date, I will dismiss this case with prejudice under Fed. R. Civ. P. 41 for Jacobs's failure to prosecute it.

Entered December 22, 2020.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge