IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD T. JACOBS,

           Plaintiff,

v.                                                          ORDER

JOAN HANNULA, JAMIE BARKER,                        19-cv-617-jdp
JERED KUEHN, and MICHAEL BRUNNER,

           Defendants.

Pro se plaintiff Richard T. Jacobs's original deadline to respond to defendants' motion for summary judgment was October 9, 2020. He received extensions of his deadline, but he failed to file any brief in opposition to defendants' motion. In a previous order, I stated that if Jacobs did not respond to defendants' motion for summary judgment by December 30, 2020, I would dismiss his case with prejudice for failure to prosecute under Rule 41 of the Federal Rules of Civil Procedure. Dkt. 29. Jacobs then received another extension to January 15, 2021, but that deadline has passed, and Jacob has not filed anything in response to defendants' motion. Therefore, I will dismiss this case.

ORDER

IT IS ORDERED that plaintiff Richard T. Jacobs's claims are DISMISSED WITH PREJUDICE for his failure to prosecute them.  The clerk of court is directed to enter judgment

for defendants and close this case.

Entered January 25, 2021.

BY THE COURT:

/s/_____
JAMES D. PETERSON
District Judge