IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD T. JACOBS,

    Plaintiff,

v.

Case No. 19-cv-617-jdp

JOAN HANNULA, JAMIE BARKER,
JERED KUEHN, and MICHAEL
BRUNNER,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ | 1/25/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |